```
                    UNITED STATES DISTRICT COURT
                              FOR  THE
                         DISTRICT OF VERMONT
```

Diana Martell,                          :
    Plaintiff,                          :
                                        :
        v.                              : File No. 2:12 CV 152
                                        :
Commissioner of Social Security,        :
    Defendant.                          :

## ORDER

The Report and Recommendation of the United States Magistrate Judge was filed March 22, 2013. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The Plaintiff's Motion for Order Reversing Decision of Commissioner (Doc. 6) is **GRANTED**, and the Commissioner's Motion for Order Affirming Decision of Commissioner (Doc. 11) is **DENIED.**

This matter is **REMANDED** for further proceedings and a new decision in accordance with this ruling.

Dated at Burlington, in the District of Vermont, this 9th day of April, 2013.

                                              /s/ William K. Sessions III
                                              William K. Sessions III
                                              U.S. District Court Judge